IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN



 




NO. 3-90-315-CR




DAVID ALAN SMITH,



 APPELLANT


vs.





THE STATE OF TEXAS,



 APPELLEE


 



FROM THE DISTRICT COURT OF BELL COUNTY, 264TH JUDICIAL DISTRICT


NO. 39,393, HONORABLE JOE CARROLL, JUDGE


 





PER CURIAM

 Appellant pleaded guilty and judicially confessed to attempted murder. Tex. Pen.
Code Ann. § 15.01 (Supp. 1991) and 19.02 (1989). The district court found him guilty and
assessed punishment at imprisonment for two years.

 In his only point of error, appellant complains that the court erred by not placing
him on probation. This contention is without merit. The decision whether to grant probation is
within the absolute discretion of the trial court. Nelson v. State, 573 S.W.2d 9, 12 (Tex. Cr.
App. 1978).

 The judgment of conviction is affirmed.


[Before Justices Powers, Aboussie and Kidd]

Affirmed

Filed: May 8, 1991

[Do Not Publish]